IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 2 9 2008
1-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DAWN BOUTTE'
PLAINTIFF,

VS.

08cv619
JUDGE GUZMAN
MAG. JUDGE LEVIN

UNITED STATES
DEFENDANT,

COMPLAINT
NEW CASE FOR FECA BENEFITS
UNDER FTCA

PLAINTIFF, DAWN BOUTTE, FORMER EMPLOYEE (FEDERAL), HAS SUFFERED MUCH, SINCE THE 9/9/1998, INJURY, BECAUSE OF THE DENIAL OF THE CLAIM FOR FEDERAL EMPLOYEE'S COMPENSATION BENEFITS, UNDER, WORKER'S COMPENSATION, 5 U.S.C. 8101(c), AND FEDERAL TORT CLAIM ACT, 5 U.S.C. 8116 (c).

THE COUNSEL FOR THE SECRETARY OF THE DEPARTMENT OF LABOR, CATHERINE P. CARTER, FOR CLAIMS AND COMPENSATION, HAS CONCLUDED THAT IF PLAINTIFF, WAS DISSATISFIED WITH THE DENIAL OF THE APPEAL, THAT PLAINTIFF, MAY FILE SUIT AGAINST THE UNITED STATES, UNDER THE FTCA, IN AN APPROPRIATE UNITED STATES DISTRICT COURT WITHIN SIX (6), MONTHS OF LETTER, DATED OCTOBER 24, 2007, FOR FEDERAL EMPLOYEES COMPENSATION (FECA),

2.

COUNSEL, CATHERINE P. CARTER, STATED, THE FEDERAL COMPENSATION ACT, IS THE ONLY REMEDY, UNDER THE FEDERAL TORT CLAIM ACT. WHOSE INJURIES FALL WITHIN THE SCOPE OF THE FECA AND PRECLUDES RECOVERY UNDER THE FTCA, 5 U.S.C 8116 (c), FECA BENEFITS.

PLAINTIFF SUBMITTED AN APPEAL AND A WRITTEN NOTIFICATION, A SUBSTITUTE FOR MONEY DAMAGES, BEFORE INITIATING A NEW CASE. LETTER INSTRUCTED BY COUNSEL CATHERINE P. CARTER, LETTER OF OCTOBER 24, 2007, FEDERAL DISTRICT COURT IS THE MEANS FOR THE FECA BENEFITS.

RE-OPENING OF CASE 05C7305, FOR SAID, PLAINTIFF, DAWN BOUTTE vs. ELAINE L. CHAO, SECRETARY OF DEPARTMENT OF LABOR, WAS DENIED ON 1/16/2008, FOR FAILING TO ESTABLISH, THAT THIS COURT HAS JURISDICTION OVER THE SUBJECT MATTER.

THE REQUIRED JURISDICTION FOR THE FEDERAL TORT CLAIM, HAS BEEN DEMONSTRATED, AND IS NOW BEING PRESENTED AS, FTCA CASE. PLAINTIFF IS ASKING $500,000.00, HUNDRED THOUSAND DOLLARS FOR SUFFERING, LOST TIME FROM WORK, ANNUAL LEAVE, SICK LEAVE, AND ADVANCE SICK LEAVE-------WAS DENIED A SECOND TIME, ALL LOSSES THAT OCCURED.

**U.S. Department of Labor**             Office of the Solicitor
                                          Washington, D.C. 20210



**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

October 24, 2007

Ms. Dawn Boutte
P.O. Box 14113
Chicago, IL 60614

Re:  FTCA Claim of August 27, 2007

Dear Ms. Boutte:

The claim that you submitted pursuant to the Federal Tort Claims Act (FTCA), has been carefully reviewed by this office; including the information included in your October 10, 2007 letter. This review discloses no liability on the part of the United States. My determination is based on the fact you are seeking tort damages as a result of injuries sustained in your federal employment. The Federal Employees' Compensation Act (FECA) is your exclusive remedy. FECA is the exclusive remedy against the United States for any federal employee whose injuries fall within the scope of the FECA and precludes recovery under the FTCA. 5 U.S.C. § 8116(c). Furthermore, the liability of the United States under the FTCA is premised on whether an individual in like circumstances would be liable under the applicable state law. I have concluded that you have not alleged any circumstances in your administrative claim which would be a viable tort under the applicable state law.

Your claim is, therefore, denied. If you are dissatisfied with this determination, you may file suit against the United States under the FTCA in an appropriate United States District Court within six months of the date this notice is mailed to you.

Sincerely,

CATHERINE P. CARTER
Counsel for Claims and Compensation

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 7305 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Boutte vs. Chao | | |

**DOCKET ENTRY TEXT**

The Court denies Boutte's motion to reopen this case [doc. no. 41] because this Court has held that it lacks jurisdiction (*see Boutte v. Chao*, No. 05C7305, 2007 WL 257627, at *2 (N.D. Ill. Jan. 23, 2007), the Seventh Circuit affirmed (*see Boutte v. Chao*, No. 07-1437, Slip Copy (7th Cir. Apr. 13, 2007) and Boutte's motion to reopen the case fails to establish that this Court has jurisdiction over the subject matter.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LG |
|---|---|---|