JUDGE GUZMAN
MAG. JUDGE LEVIN

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME:       DAWN BOUTTE'
                   (Please print)

**FILED**

STREET ADDRESS:     P.O. BOX 14113     JN 1-29-2008
                                           JAN 2 9 2008

CITY/STATE/ZIP:     CHICAGO, IL   60614      MICHAEL W. DOBBINS
                                         CLERK, U.S. DISTRICT COURT

PHONE NUMBER:     773-627-8458

CASE NUMBER:                             

_____         Jan. 29, 2008
      Signature                              Date