# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 619 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Boutte vs. United States | | |

**DOCKET ENTRY TEXT**

This Court transfers this case to the Executive Committee pursuant to IOP11(b).  Direct assignment pursuant to LR40.3(b)(2) is inapplicable because this case is not a refiling of a previously dismissed case.  It constitutes a new action and involves new subject matter.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LG |
|---|---|---|