UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dawn Boutte | ) |
| | ) |
| Vs. | ) Case No. 08 C 619 |
| | ) |
| United States | ) |

*Aspen*

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

It appearing that the above-captioned case has been assigned to the calendar of Judge Guzman in error, it is therefore recommend to the Executive Committee that this case be reassigned by lot to an active judge of this court. The reasons for the recommendation are indicated on the reverse of this form

MICHAEL W. DOBBINS, CLERK

Dated:   February 15, 2008          C. Mercado, Deputy Clerk

*********************************************************************

## ORDER OF THE EXECUTIVE COMMITTEE

**IT IS HEREBY ORDERED** that the Clerk of the Court reassign the above-captioned case by lot to an active judge of this Court

ENTER:

FOR THE EXECUTIVE COMMITTEE

Dated: FEB 1 9 2008

Chief Judge

This case is being transferred to the Executive Committee pursuant to IOP11(b). Direct assignment pursuant to LR40.3(b)(2) is inapplicable because this case is not a refiling of a previously dismissed case. It constitutes a new action and involves new subject matter.