# United States District Court
## Northern District of Illinois
### Eastern Division

Dawn Boutte                                                    **JUDGMENT IN A CIVIL CASE**

      v.                                                      Case Number: 08 C 619

United States

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that we dismiss Plaintiff's case for lack of subject matter jurisdiction and deny Plaintiff's motion to proceed in forma pauperis and her motion for appointment of counsel.

 

Michael W. Dobbins, Clerk of Court

Date: 2/29/2008                                        _____

                                                        /s/ Gladys Lugo, Deputy Clerk