MHN

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604

KC FILED
3-26-2008
MAR 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DAWN BOUTTE'
    PLAINTIFF/APPELLANT

vs.

FEDERAL DISTRICT COURT
NO. 08-C-619

UNITED STATES
    DEFENDANT/APPELLEE

JUDGE MARVIN ASPEN

DOCKETING STATEMENT

STATUE 5 U.S.C.A., 751-757, OF THE FEDERAL EMPLOYEE COMPENSATION ACT, SHOULD BE A FEDERAL CAUSE OF ACTION IN THE FEDERAL DISTRICT COURT, AS WELL AS THE FEDERAL APPEALS BRANCH COURT. APPELLANT IS REQUESTING $500,000.00 FIVE HUNDRED THOUSANDS DOLLARS FOR LOSSES AND SUFFERING DUE TO SPINAL INJURY.

REQUESTING FORMA PAUPERIS BE RECONSIDERED, THE CORRECT MONTHLY AMOUNT OF DISABILITY RETIREMENT BENEFITS ARE $1,153.00 CORRECT $1,503.00 INCORRECT AMOUNT. ALSO, SEE ATTACHED PHOTOCOPY OF BUSINESS CARDS OF ATTORNEYS AND LEGAL ORIGANIZATIONS CONTACTED FOR REPRESENTATION. ALSO, STATEMENTS OF ANNUITY BENEFITS ARE ATTACHED TWO (2), FORMS 1099'S FOR PROOF OF BENEFITS, INCOME IS BELOW $15,000.00 IN DISABILITY BENEFITS.

TELEPHONE (312) 236-2133
FAX (312) 236-1061

STEPHEN G. BAIME
ATTORNEY AT LAW
200 NORTH LA SALLE ST. • SUITE 2340
CHICAGO, ILLINOIS 60601

LAW OFFICES OF
BAIME AND BAIME



Levin
Riback
LAW GROUP, P.C.

RICHARD I. LEVIN
ATTORNEY AT LAW

200 North LaSalle • Suite 2300 • Chicago, IL 60601
Tel: 312.782.6717 • Fax: 312.782.5128
www.levinriback.com • rlevin@levinriback.com

District Court Self-Help Assistance Program
219 South Dearborn, Room 2056A
Chicago, IL 60604
For Appointments, Call (312) 435-5691


LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO
111 West Jackson Boulevard, Suite 300, Chicago, IL 60604-3528
Office: (312) 341-1070     Office Fax: (312) 341-1041  ⌐LSC

Law Offices of
SPINAK & BABCOCK, P.C.

134 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
Tel.: (312) 346-1337
Fax: (312) 346-1398

MICHAEL D. SPINAK

Legal Information & Help
for Illinois Residents

www.IllinoisLegalAid.org



Illinois Legal Aid
Helping Illinois Residents Solve Their Legal Problems

**PAID BY** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P.O. BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID**
Copy B - File with Federal tax return

**2007**

| Annuitant's Social Security No. | Federal Income Tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6576.00 |

Health Insurance Premiums: 693.85

**PAID TO** → DAWN BOUTTE
PO BOX 14113
CHICAGO, IL 60614-0113

Retirement Claim No.: CS A8195679

Distribution Code: 3-DISABILITY

| State 1 | State income tax withheld: NONE |
| State 2 | State income tax withheld: NONE |

Original contributions: 1560.00

Taxable annuity: UNKNOWN

PAYER'S Federal Identification Number: 52-6083699

Form CSA 1099R (Rev. 1/2008)
This information is being furnished to the Department of Treasury - Internal Revenue Service

*To separate, tear on perforation*

**PAID BY** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P.O. BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID**
Copy 2 - To be filed with annuitant's state or local return

**2007**

| Annuitant's Social Security No. | Federal Income Tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6576.00 |

Health Insurance Premiums: 693.85

**PAID TO** → DAWN BOUTTE
PO BOX 14113
CHICAGO, IL 60614-0113

Retirement Claim No.: CS A8195679

Distribution Code: 3-DISABILITY

| State 1 | State income tax withheld: NONE |
| State 2 | State income tax withheld: NONE |

Original contributions: 1560.00

Taxable annuity: UNKNOWN

PAYER'S Federal Identification Number: 52-6083699

Form CSA 1099R (Rev. 1/2008)
This information is being furnished to the Department of Treasury - Internal Revenue Service

*To separate, tear on perforation*

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2007**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
DAWN BOUTTE

**Box 2. Beneficiary's Social Security Number**
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

**Box 3. Benefits Paid in 2007**
$7,872.00

**Box 4. Benefits Repaid to SSA in 2007**
NONE

**Box 5. Net Benefits for 2007** (Box 3 minus Box 4)
$7,872.00

### DESCRIPTION OF AMOUNT IN BOX 3

Paid by check or direct deposit    $7,872.00
Benefits for 2007                  $7,872.00

### DESCRIPTION OF AMOUNT IN BOX 4

NONE

**Box 6. Voluntary Federal Income Tax Withheld**
NONE

**Box 7. Address**
DAWN BOUTTE
PO BOX 14113
CHICAGO IL 60614-0113

**Box 8. Claim Number** (Use this number if you need to contact SSA.)
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A

Form SSA-1099-SM (1-2008)    DO NOT RETURN THIS FORM TO SSA OR IRS

---

SOCIAL SECURITY ADMINISTRATION          C
GREAT LAKES PROGRAM SERVICE CENTER      M06
HAROLD WASHINGTON SOCIAL SECURITY CENTER  1
600 WEST MADISON ST
CHICAGO IL 60661-2474

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

DAWN BOUTTE
PO BOX 14113
CHICAGO IL 60614-0113