**FILED**
**MARCH 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                              (312)435-5850

**To:**    District Court Clerk's Office

**Re:**    Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 3/27/08 |
| Appellate Court No.: | 08-1730 |
| Short Caption: | Boutte v. USA |
| District Court Judge: | Aspen |
| District Court No.: | 08 C 619 |

If you have any questions regarding this appeal, please call this office.

**cc:**    **Court Reporter**