UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604

**FILED**

**APRIL 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DAWN BOUTTE'
PLAINTIFF/APPELLATE

APPEAL NO.: 08-1730

**08 C 619**

vs.

U.S.C.A. – 7th Circuit
FILED

APR 0 4 2008  DDS

GINO J. AGNELLO
CLERK

UNITED STATES
DEFENDANT/APPELLEE

MOTION TO PROCEED IN
FORMA PAUPERIS
ON APPEAL

REQUESTING TO RENEW MOTION FOR APPEALING, FEDERAL DISTRICT COURT CASE NO., 1:08-cv-00619, DAWN BOUTTE, PLAINTIFF/APPELLATE vs. UNITED STATES, DEFENDANT/APPELLEE IN THE FEDERAL APPEAL COURT OF THE SEVENTH CIRCUIT, CHICAGO, ILLINOIS.

PLAINTIFF/APPELLATE, HAS PRESENTED DOCUMENTATION, OF APPELLATE 2007, FORM 1099'S FOR PROOF OF DISABILITY RETIREMENT BENEFITS, PREVIOUSLY WHEN INITIALLY APPLIED TO PROCEED IN FORMA PAUPERIS STATUS, ON FIRST FILING OF APPEAL FOR THIS CASE.

PROOF OF SERVICE

I, DAWN BOUTTE' HEREBY ON APRIL 4, 2008, FRIDAY, WILL HAND CARRY THE RENEWED MOTION TO PROCEED IN FORMA PAUPERIS STATUS, TO THE U.S. ATTORNEY, PATRICK FITZGERALD, AT HIS OFFICE AT 219 SOUTH DEARBORN, CHICAGO, ILLINOIS 60604.

SINCERELY,

DAWN BOUTTE'
PRO SE/APPELLATE

TO:

PATRICK FITZGERALD
U.S. ATTORNEY FOR
SEVENTH CIRCUIT
219 So. DEARBORN ST
CHICAGO, IL  60604

FROM:

DAWN BOUTTE
P.O. BOX 14113
CHICAGO, IL  60614
(773) 627-8458

**PAID BY** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P.O. BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID**
Copy B - File with Federal tax return

**2007**

| Annuitant's Social Security No. | Federal Income Tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6576.00 |

| Health Insurance Premiums |
|---|
| 693.85 |

PAID TO ➤ DAWN BOUTTE
PO BOX 14113
CHICAGO, IL 60614-0113

| Retirement Claim No. |
|---|
| CS A8195679 |

| Distribution Code |
|---|
| 3-DISABILITY |

| State 1 | State income tax withheld |
|---|---|
|  | NONE |

| State 2 | State income tax withheld |
|---|---|
|  | NONE |

| Original contributions |
|---|
| 1560.00 |

| Taxable annuity |
|---|
| UNKNOWN |

| PAYER'S Federal Identification Number |
|---|
| 52-6083699 |

Form CSA 1099R (Rev. 1/2008)
This information is being furnished to the Department of Treasury - Internal Revenue Service

---

To separate, tear on perforation

---

**PAID BY** OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT SERVICES PROGRAM
P.O. BOX 45
BOYERS, PA 16017-0045

**STATEMENT OF ANNUITY PAID**
Copy 2 - To be filed with annuitant's state or local return

**2007**

| Annuitant's Social Security No. | Federal Income Tax withheld | Gross annuity amount |
|---|---|---|
| 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 | NONE | 6576.00 |

| Health Insurance Premiums |
|---|
| 693.85 |

PAID TO ➤ DAWN BOUTTE
PO BOX 14113
CHICAGO, IL 60614-0113

| Retirement Claim No. |
|---|
| CS A8195679 |

| Distribution Code |
|---|
| 3-DISABILITY |

| State 1 | State income tax withheld |
|---|---|
|  | NONE |

| State 2 | State income tax withheld |
|---|---|
|  | NONE |

| Original contributions |
|---|
| 1560.00 |

| Taxable annuity |
|---|
| UNKNOWN |

| PAYER'S Federal Identification Number |
|---|
| 52-6083699 |

Form CSA 1099R (Rev. 1/2008)
This information is being furnished to the Department of Treasury - Internal Revenue Service

To separate, tear on perforation

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2007**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
DAWN BOUTTE

**Box 2. Beneficiary's Social Security Number**
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

**Box 3. Benefits Paid in 2007**
$7,872.00

**Box 4. Benefits Repaid to SSA in 2007**
NONE

**Box 5. Net Benefits for 2007** *(Box 3 minus Box 4)*
$7,872.00

**DESCRIPTION OF AMOUNT IN BOX 3**

Paid by check or direct deposit   $7,872.00
Benefits for 2007                 $7,872.00

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

**Box 6. Voluntary Federal Income Tax Withheld**
NONE

**Box 7. Address**
DAWN BOUTTE
PO BOX 14113
CHICAGO IL 60614-0113

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*
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A

Form SSA-1099-SM (1-2008)      DO NOT RETURN THIS FORM TO SSA OR IRS

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

Dawn Boutte'

v.   Case No. 08-1730

United States of America

) Appeal from the United States District Court for the
) Seventh District of Chicago, Illinois
)
) District Court No. 1:08-cv-00619
)
) District Court Judge Marvin E. Aspen

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: _Dawn Boutte'_

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: April 4, 2008

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ | $ N/A | $ |
| Self-employment | $ N/A | $ | $ N/A | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ N/A | $ |
| Interest and dividends | $ N/A | $ | $ N/A | $ |
| Gifts | $ N/A | $ | $ N/A | $ |
| Alimony | $ N/A | $ | $ N/A | $ |
| Child support | $ N/A | $ | $ N/A | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $484.11 | $ | $484.00 | $ |
| Disability (such as social security, insurance payments) per mo | $671.00 | $ | $671.00 | $ |
| Unemployment payments | $ N/A | $ | $ N/A | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ N/A | $ |
| Other (specify): 25.00 IL - State Medicaid Program | $ N/A | $ | $ N/A | $ |
| Total monthly income: | $1,155 | $ | $1,155.00 | $ |

DIVORCED

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)  N/A

Other real estate (Value)  N/A

Motor Vehicle #1 (Value)  N/A
Make & year: 
Model:
Registration #

Motor Vehicle #2 (Value)  N/A
Make & year:
Model:
Registration #

Other assets (Value)  N/A

Other assets (Value)  N/A

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) per mo. | $550.00 | N/A |
| Are real estate taxes included? [ ] Yes [✓] No | | |
| Is property insurance included? [ ] Yes [✓] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $65.00 | $ |
| Home maintenance (repairs and upkeep) | $ N/A | $ |
| Food | $175.00 | $ |
| Clothing | $ N/A | $ |
| Laundry and dry-cleaning | $12.00 | $ |
| Medical and dental expenses *unable to purchase all* per mo. | $285.00 | $ |
| Transportation (not including motor vehicle expenses) | $35.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ N/A | $ |

Retirement Disability

Life  Deducted from Pension → 9.75    $ N/A    $ ___

Health  Deducted from Retirement Pension → 61.54    $ ___    $ ___

Motor vehicle    $ N/A    $ ___

Other: _____N/A_____    $ N/A    $ ___

Taxes (not deducted from wages or included in mortgage payments) (specify):    $ N/A    $ ___

Installment payments    $ N/A    $ ___

Motor Vehicle    $ N/A    $ ___

Credit card (name): __OFFICE DEPOT__    $ 21.00    $ ___

Department store (name): __KHL'S__    $ 14.00    $ ___

Other: _____N/A_____    $ N/A    $ ___

Alimony, maintenance, and support paid to others    $ N/A    $ ___

Regular expenses for operation of business, profession, or farm (attach detail)    $ N/A    $ ___

Other (specify): _____N/A_____    $ N/A    $ ___

Total monthly expenses:    $ 1242.00    $ ___

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [✓] No   If yes, describe on an attached sheet.

10. Have you paid–or will you be paying–an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes [✓] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Medications unable to purchase all medications each month, and other medical needs; physical therapy, co-payments.

13. State the address of your legal residence.

P.O. Box 14113

Chicago, IL

60614

Your daytime phone number: (773) 627-8458

Your age: 57  Your years of schooling: 2 yrs. college

Your social-security number: 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

5

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604


DAWN BOUTTE'
   PLAINTIFF/APPELLEE

                                                APPEAL NO. 08-1730

VS.


UNITED STATES
   DEFENDANT/APPELLATE


AFFIDAVIT


ON, APRIL 4, 2008, FRIDAY, PLAINTIFF/APPELLATE, WILL FILE, MOTION TO RENEW TO PROCEED IN FORMA PAUPERIS FOR APPEAL OF, CASE DAWN BOUTTE VS. UNITED STATES, FOR DISCRIMINATION OF LOSSES, DUE TO INJURY AT WORK THAT WERE PAYABLE UNDER THE FEDERAL EMPLOYEE COMPENSATION BENEFITS (ACT), OF THE OFFICE OF WORKERS COMPENSATION, ACCORDING TO 5 U.S.C, 8101.


PRO SE/APPELLATE

DAWN BOUTTE'
P.O. BOX 14113
CHICAGO, IL 606014
(773) 627-8458