# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 3(b) FEE NOTICE

April 14, 2008

**FILED**
**APR 15 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| No.: 08-1730 | DAWN BOUTTE, Plaintiff - Appellant<br>v.<br>UNITED STATES OF AMERICA, Defendant - Appellee |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-00619
Northern District of Illinois, Eastern Division
Court Reporter M. Hacker
Clerk/Agency Rep Michael Dobbins
District Judge Marvin Aspen

This court's records indicate that on April 10, 2008 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($455.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn

affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

form name: c7_Rule3b_Notice_Sent

form ID: 145