

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**                                                                                          312-435-5670

April 17, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Boutte' -v- USA

U.S.D.C. DOCKET NO. : 08 cv 619

U.S.C.A. DOCKET NO. : 08 - 1730

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)          *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                              D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Boutte' -v- USA.

USDC NO.    : 08 cv 619

USCA NO.    : 08 - 1730

                              IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 17th day of Apr. 2008.

                              MICHAEL W. DOBBINS, CLERK

                              By: _____
                                 D. Jordan, Deputy Clerk

APPEAL, LEVIN, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00619
# Internal Use Only

Boutte' v. United States  
Assigned to: Honorable Marvin E. Aspen  
Demand: $500,000  

Case in other court:   08-01730

Cause: 28:1331 Federal Question

Date Filed: 02/29/2008  
Date Terminated: 02/29/2008  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Dawn Boutte'**   represented by **Dawn Boutte'**  
P.O. Box 14113  
Chicago, IL 60614  
773-627-8458  
PRO SE

V.

**Defendant**

**United States**   represented by **AUSA**  
United States Attorney's Office (NDIL)  
219 South Dearborn Street  
Suite 500  
Chicago, IL 60604  
(312) 353-5300  
Email: USAILN.ECFAUSA@usdoj.gov  
*ATTORNEY TO BE NOTICED*

Page 1 of  3

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2008 | 1 | RECEIVED Complaint and one copy by Dawn Boutte'. (Exhibits). (ef, ) (Entered: 01/30/2008) |
| 01/29/2008 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 01/30/2008) |
| 01/29/2008 | 3 | PRO SE Appearance by Plaintiff Dawn Boutte'. (ef, ) (Entered: 01/30/2008) |
| 01/29/2008 | 4 | APPLICATION by Plaintiff Dawn Boutte' for leave to proceed in forma pauperis. (ef, ) (Entered: 01/30/2008) |
| 01/29/2008 | 5 | MOTION by Plaintiff Dawn Boutte' to appoint counsel. (ef, ) (Entered: 01/30/2008) |
| 01/31/2008 | 6 | MINUTE entry before Judge Ronald A. Guzman: This Court transfers this case to the Executive Committee pursuant to IOP11(b). Direct assignment pursuant to LR40.3(b)(2) is inapplicable because this case is not a refiling of a previously dismissed case. It constitutes a new action and involves new subject matter. Mailed notice (tlm) (Entered: 02/01/2008) |
| 02/19/2008 | 7 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Marvin E. Aspen for all further proceedings. (See order for details). Signed by Judge Executive Committee on 2/19/08. Mailed notices.(amb, ) (Entered: 02/19/2008) |
| 02/29/2008 | 8 | MINUTE entry before Judge Marvin E. Aspen: For the foregoing reasons, we dismiss plaintiff's case for lack of subject matter jurisdiction and deny Plaintiffs' motion (Doc. No. 4) to proceed in forma pauperis 4 and her motion for appointment of counsel 5 . Civil case terminated. Mailed notice (tlm) (Entered: 03/03/2008) |
| 02/29/2008 | 9 | ENTERED JUDGMENT signed by Gladys Lugo, Courtroom Deputy, on 2/29/2008. Mailed notice(tlm) Modified on 3/3/2008 (tlm). (Entered: 03/03/2008) |
| 03/26/2008 | 10 | NOTICE of appeal by Dawn Boutte' regarding orders 9 , 8 (Fee Due) (dj, ) (Entered: 03/27/2008) |
| 03/26/2008 | 11 | DOCKETING Statement by Dawn Boutte' regarding notice of appeal 10 (dj, ) (Entered: 03/27/2008) |
| 03/27/2008 | 12 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 03/27/2008)~~ |
| 03/27/2008 | 13 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 10 . Notified counsel (dj, ) (Entered: 03/27/2008)~~ |
| 03/27/2008 | 14 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 10 ; USCA Case No. 08-1730. (tlm) (Entered: 03/31/2008)~~ |

| | | |
|---|---|---|
| 03/27/2008 | 15 | ~~CIRCUIT Rule 3(b) Notice. (tlm) (Entered: 03/31/2008)~~ |
| 04/04/2008 | 17 | MOTION by Plaintiff Dawn Boutte' to proceed in forma pauperis on appeal (Exhibits). (tlm) (Entered: 04/10/2008) |
| 04/08/2008 | 16 | ~~COPY of Order dated 04/08/08 from the U.S.C.A. for the Seventh Circuit regarding notice of appeal 10 ; Appellate case no. : 08-1730. Upon consideration of the motion to proceed on appeal in forma pauperis, filed 04/04/08, by the pro se appellant, It is ordered that the clerk of this court transfer it to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24. (tlm) (Entered: 04/10/2008)~~ |
| 04/11/2008 | 18 | MINUTE entry before Honorable Marvin E. Aspen: There does not appear to be any reasonable way that a federal court could have jurisdiction to review her claim. Accordingly, we cannot find that her appeal is made in "good faith," and her motion for permission to appeal in forma pauperis 17 is denied. It is so ordered. The Clerk of the Court is directed to forward a copy of this order to the U.S. Court of Appeals for the 7th Circuit. Mailed notice (tlm) (Entered: 04/11/2008) |
| 04/11/2008 | | (Court only) FORWARDED copy of 04/10/08 Order to U.S. Court of Appeals. (08-1730) (tlm) (Entered: 04/11/2008) |
| 04/15/2008 | 19 | ~~CIRCUIT Rule 3(b) Notice. (ef, ) (Entered: 04/17/2008)~~ |

**KEY**

**All circled items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**

Page 3 of  3