# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 16, 2008

Before

**FRANK H. EASTERBROOK**, Chief Judge

**DANIEL A. MANION**, Circuit Judge

FILED

MAY 16 2008 YM
May 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1730 | DAWN BOUTTE,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant - Appellee |
|---|---|

**Originating Case Information**

District Court No: 1:08-cv-00619
Northern District of Illinois, Eastern Division
District Judge Marvin Aspen

Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. See *Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required

- over -

Case No. 08-1730                                                                                                Page 2

docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).