MHN

UNITED STATES COURT OF APPEALS FOR
THE SEVENETH CIRCUIT

U.S.C.A. – 7th Circuit
RECEIVED

FILED
5-30-2008
MAY 30 2008  YM

MAY 30 2008  COD

GINO J. AGNELLO
CLERK

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

DAWN BOUTTE'
APPELLANT

APPEALS NO. 081730

08CV619

DISTRICT COURT
NO. 1:08-cv-00619

VS.

UNITED STATES OF
AMERICA
APPELLEE

DISTRICT COURT JUDGE
MARVIN ASPEN



MOTION FOR RECONSIDERATION

REQUEST RECONSIDERATION OF FILING FOR SAID CASE IN FORMA PAUPER STATUS, THE BENEFITS RECEIVE FOR DISABILITY RETIREMENT, A AFFIDVAIT ATTACHED PREVIOUSLY WITH BREAKDOWN OF THE MONTHLY EXPENDITURES, THAT WAS REQUIRED TO FILE UNDER FEDERAL RULE OF APPELLATE PROCEDURE 24, SHOWS THAT THIS IS A HARDSHIP CASE WHERE APPELLATE IS UNABLE TO PAY FOR ANY ATTORNEYS FEE.

THE CASES MINGHAO LEE VS. WILLIAM J. CLINTON, CITED 209 F. 3d 1025 (7th CIR. 2000), CASE DECIDED ON, APRIL 10, 2000, CONCERN-ING THE UNITED STATES AND CHINA, WAS DISMISSED FOR BEING FRIVOLOUS, BUT, PLAINTIFF, WAS GRANTED LEAVE TO APPEAL IN FORMA PAUPERIS.

THE COMPLAINT OF DAWN BOUTTE' VS. UNITED STATES IS ONE WHICH, <u>PLAINTIFF IS REQUESTING THE LOSSES</u>, SHE INCURRED, WITH <u>INJURY</u>, SUSTAIN FROM ACCIDENT ON THE JOB, WITH THE <u>UNITED STATES</u>, AS THE <u>TRUE EMPLOYER</u>, THEREFORFE, PLAINTIFF WITH <u>VERY LIMITED INCOME</u>, CANNOT <u>AFFORD AN ATTORNEY</u>. THEREFORE SHE IS <u>REQUESTING A RECONSIDERATION</u> OF THE <u>DENIAL</u> OF PLAIINTIFF TO FILE IN PROCEEDING IN FORMA PAUPERIS STATUS.

PLAINTIFF IS INCURRING A <u>HARDSHIP</u> IN TRYING TO <u>RECUPERATE</u> FROM <u>LOSSES SUSTAINED FROM INJURY INCURRED EMPLOYED</u> BY THE UNITED STATES GOVERNMENT, WHICH PLAINTIFF, PERMANENTLY DISABLE WITH INCOME LOSSES THAT SHE ASKING THE <u>COURT, APPROVE</u> THE <u>COMPENSATION FROM LOSSES</u>.

THE <u>NEWLIN VS. HELMAN, CITED, CASE 123 F. 3d, 429 (7th Cir.</u> <u>1997)</u>, III PARA (18), CONCLUSION OF <u>NEWLIN VS. HELMAN</u> THE <u>DISTRICT COURT (FEDERAL), PERMITTED, NEWLIN</u> TO PROCEED IN FORMA PAUPERIS BUT, NEITHER, ASSESSED A FEE UNDER 1915(b), NOR, EXPLAINED, WHY IT WAS DISREGARDING THE PLRA. SO, IS STATED, IN ABOVE CITED CASE.

IN REFERENCE TO CITED CASE NEWLIN VS. HELMAN, 123 F. 3d, 429 (7TH CIRC. 1997), PLAINTIFF, DAWN BOUTTE IS ASKING TO PROCEED IN FORMA PAUPERIS, STATUE, WITH REFERENCE TO CITED CASE NEWLIN

2.

VS. HELMAN, 123 F. 3d, 429 (7th CIRC. 1997), III PARA 18.

THE PLAINTIFF AGAIN MOTION TO PROCEED IN CASE IN FORMA PAUPERIS, DAWN BOUTTE' VS. UNITED STATES.

U.S.C.A. – 7th Circuit
RECEIVED
MAY 3 0 2008 COD
GINO J. AGNELLO
CLERK

PROOF OF SERVICE

U.S.C.A. — 7th Circuit
RECEIVED
MAY 3 0 2008
GINO J. AGNELLO
CLERK

I, DAWN BOUTTE' HEREBY STATE THAT ON MAY 30, 2008, FRIDAY THAT I WILL HAND CARRY TO THE U.S. ATTORNEY PATRICK J. FITZ-PATRICK, THE MOTION FOR RECONSIDERATION, TO FILE IN FORMA PAUPERIS STATUS, FOR CASE NUMBER, APPEAL 08-1730, IN DAWN BOUTTE VS. UNITED STATES OF AMERICA.

RESPECTFULLY,

*/s/ Dawn Boutte'*
DAWN BOUTTE'
PRO SE

TO:

PATRICK FITZERALD
U.S. ATTORNEY FOR
SEVENTH CIRCUIT
219 SO. DEARBORN
CHICAGO, IL 60604

FROM:

DAWN BOUTTE'
P.O. Box 14113
CHICAGO, IL 60614
(773) 627-8458