# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 619 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Dawn Boutte vs. United States | | |

**DOCKET ENTRY TEXT**

Given that the Seventh Circuit has already ruled on this issue, her motion is procedurally improper and we lack jurisdiction to reconsider her claim. Accordingly, we strike Plaintiff's motion. (Doc. No. 23) It is so ordered. The Clerk of the Court is directed to forward a copy of this order to the U.S. Court of appeals for the 7th Circuit.

■ [ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

**ORDER**

On April 10, 2008, we denied Dawn Boutte's ("Plaintiff") Motion for Permission to Appeal *In Forma Pauperis*. Plaintiff appealed our decision, and on May 16, 2008, the Seventh Circuit held that she did not qualify for *in forma pauperis* status and directed her to pay the docketing fee within 14 days. On May 30, 2008, Plaintiff filed the present Motion to Reconsider, arguing that she qualifies for *in forma pauperis* status. Given that the Seventh Circuit has already ruled on this issue, her motion is procedurally improper and we lack jurisdiction to reconsider her claim. Accordingly, we strike Plaintiff's motion. It is so ordered.