**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

JUN 2 0 2008  TC

June 18, 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| No.: 08-1730 | DAWN BOUTTE,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant - Appellee |

**Originating Case Information:**

District Court No: 1:08-cv-00619
Northern District of Illinois, Eastern Division
Court Reporter M. Hacker
Clerk/Agency Rep Michael Dobbins
District Judge Marvin Aspen

This cause, docketed on March 27, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: c7_FinalOrderWMandate (form ID: 137)

