# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 20, 2008

**FILED**

**JUN 2 3 2008** PH

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago 60604-0000

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1730 | DAWN BOUTTE, Plaintiff - Appellant v. UNITED STATES OF AMERICA, Defendant - Appellee |
|---|---|

Originating Information

District Court No: 1:08-cv-00619
Northern District of Illinois, Eastern Division
Court Reporter M. Hacker
Clerk/Agency Rep Michael Dobbins
District Judge Marvin Aspen

The mandate or agency closing letter in this cause issued on June 18, 2008
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:             Entire record returned consisting of



Pleadings:                                           1  ✓  PH

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                      _____

form name: c7_Record_Return_toDC (form ID: 205)